**Order entered October 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00319-CV

### IN THE INTEREST OF A.B.B., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00832**

### ORDER

By letter filed October 2, 2020, appellant informs the Court that the reporter's record that has been filed in this appeal does not include the exhibits that were admitted into evidence. We construe the letter as a motion to supplement the reporter's record. We **GRANT** the motion and **ORDER** Pamela K. Sumler, Official Court Reporter for the 305th Judicial District Court, to file, **no later than October 19, 2020,** a supplemental clerk's record containing a copy of the three exhibits admitted into evidence at the February 7, 2020 bill of review hearing.

On our own motion, we **EXTEND THE DEADLINE** for filing appellant's brief to October 29, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms.

Sumler and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE